DEBORAH O'NELL v. STOCK ENTERPRISES, INC.,
AND/OR PLAYPEN LOUNGE.

May 28, 1987.

Petition for certification denied.

JOSEPH F. DODD v. BOARD OF TRUSTEES OF THE POLICE
AND FIREMEN'S RETIREMENT SYSTEM.

May 28, 1987.

Petition for certification denied.

ISMAEL J. MARTINEZ v. JOHN GILLIGAN.

May 28, 1987.

Petition for certification denied.